# UNITED STATES DISTRICT COURT
## District of Minnesota

Jorge Humberto Martinez-Orozco

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00609-MJD-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Court **ADOPTS with modification** the Report and Recommendation of United States Magistrate Judge Douglas L. Micko filed January 28, 2026. **[Doc. 8.]**

1. Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED**;

2. Respondents are ordered to **immediately** release Petitioner Jorge H. M. O. from custody **into Minnesota** with the following specific relief to ensure a safe trip home:

   a. At least 4 hours advance notice to Petitioner's counsel of the time and location of release;

   b. Petitioner must be released with all of the personal effects he had when he was arrested, such as:

      i. His passport
      ii. Driver's license
      iii. Keys, and
      iv. Cell phone

c. Petitioner cannot be subject to any conditions of release; and

3. Within 48 hours of the date of this Order, Respondents are ordered to file a notice confirming such release; or

4. If Respondents are unable to confirm Petitioner's release and safe return to Minnesota, Respondents are ordered to instead provide a statement to the Court to show cause why Respondents continue to violate the Court's orders to return Petitioner to Minnesota.

Date: 2/6/2026

KATE M. FOGARTY, CLERK