## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Jorge H. M. O.,

               Petitioner,

v.

                                             **ORDER DISMISSING PETITION
FOR WRIT OF HABEAS CORPUS**
Civil File No. 26-00609 (MJD/DLM)

Pamela Bondi, et al.,

               Respondents.

---

Taylor John Volkman, Attorney at Law, Counsel for Petitioner.

David W. Fuller, Assistant United States Attorney, Counsel for Respondents.

---

On February 6, 2026, the Court granted Petitioner's petition for writ of habeas corpus. [Doc. 11.] As part of that Order, Respondents were required to immediately release Petitioner from detention and to provide the Court with confirmation of that release within 48 hours. On February 8, 2026, Respondents informed the Court that Petitioner had been released from detention in Minnesota on February 7, 2026. [Doc. 13.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Jorge H. M. O.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  February 9, 2026                    s/Michael J. Davis
                                            Michael J. Davis
                                            United States District Court