# UNITED STATES DISTRICT COURT
## District of Minnesota

Jorge Humberto Martinez-Orozco

Petitioner,

v.

Pamela Bondi, Kristi Noem Todd M. Lyons, and David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-00609 MJD/DLM**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Jorge H. M. O.'s Petition for Writ of Habeas Corpus [Doc. 1] is DISMISSED without prejudice.

Date: 2/9/2026

KATE M. FOGARTY, CLERK